AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

## 07 CV 6747

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Shirley Moore

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/25/2007 | |
| Date | Signature |
| | Deborah Lepow Ziegler          PHV789 |
| | Print Name                     Bar Number |
| | 4265 San Felipe, Suite 1000 |
| | Address |
| | Houston          TX          77027 |
| | City          State          Zip Code |
| | (713) 622-7271          (713) 623-8724 |
| | Phone Number          Fax Number |